ACCEPTED
12-14-00368-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/29/2015 9:20:44 AM
CATHY LUSK
CLERK

# IN THE COURT OF APPEALS
## TWELFTH SUPREME JUDICIAL DISTRICT

JOHN CALVIN MARSHALL      §
     §
VS.      §
     §
THE STATE OF TEXAS      §

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/29/2015 9:20:44 AM
CATHY S. LUSK
Clerk

NO. 12-14-00368-CR

## STATE'S MOTION FOR LEAVE TO FILE LATE BRIEF

The State in the above captioned case, through the undersigned Assistant Criminal District Attorney, moves the Court for leave to file its brief late. As grounds therefore, the State shows the Court the following:

1. The trial court: 294th Judicial District Court

2. The number and style of the case in the trial court: Cause No. CR11-00070; The State of Texas vs. John Calvin Marshall

3. The offense for which the appellant was convicted: Burglary of a Habitation with intended Sexual Assault

4. The punishment assessed: 25 years TDCJ-ID; $10,000 FINE; $5,940.00 IN RESTITUTION

5. The deadline for filing the State's brief was: June 1, 2015

6. The facts relied upon to show good cause for the requested leave to file a late brief is set forth in the attached affidavit.

Respectfully submitted,

RICHARD A. SCHMIDT
SBN: 24043907
Assistant Criminal District Attorney
Van Zandt County, Texas
400 S. Buffalo
Canton, Texas 75103
903-567-4104
ATTORNEY FOR THE STATE


## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared RICHARD A. SCHMIDT, who, after being duly sworn stated:

"I am the attorney for the State in the above-entitled and numbered cause. The State's request for leave of court to file it brief late is based on the following: The deadline for submission of the State's Appellee brief in this cause was June 1, 2015. I am the First Assistant District Attorney responsible primarily for felony prosecutions. The Van Zandt County District Attorney's Office has no designated appellate section; therefore, I routinely respond to appeals along with my other duties. I rely on the receipt of the Appellant's brief to calendar my response deadlines. As motions for extension of time to file brief's are commonly requested and granted, no predetermined response date may be calendared. On June 24, 2015, while doing a review of outstanding appellate cases, I became aware through the Court's website that Appellant

had filed his brief on May 1, 2015 and the State had missed its deadline to respond. This error was inadvertent on my part and in no way an intentional omission. After a thorough search, it appears that our office did not receive a copy of the Appellant's brief. On June 25, 2015, I asked Appellant's attorney, Nolan White if he served my office with a copy of his brief to which he responded in the affirmative. No copy was received. Later on June 25, 2015, I emailed Nolan White and requested a copy of Appellant's brief. On June 26, 2015 my office received a copy of Appellant's brief. The undersigned affiant requests leave of court to file Appellee's brief late, for additional time to review and respond to Appellant's brief, and request the Court to accept same and file Appellee's brief with the papers of the Court in these cause numbers."

_____ Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on the _____ 29 _____ day of _____ June _____, 2015.

_____
Notary Public in and for the State of Texas

VICKY A PIERCE
Notary Public
STATE OF TEXAS
My Comm. Exp. November 2, 2016

## CERTIFICATE OF SERVICE

I, Richard A. Schmidt, do hereby certify that a true and correct copy of the foregoing instrument was served on the Appellant's Attorney of Record, Nolan White on June 29, 2015.

_____

RICHARD A. SCHMIDT